# United States Bankruptcy Court
### Western District of Pennsylvania

In re  **Larry A. Kovalak, Sr.**                                              Case No.  **19-23074**
Debtor(s)                                                                      Chapter  **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Larry A. Kovalak, Sr.** declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because I receive direct deposit. I am in the process of obtaining evidence of payment from my employer and will provide this to the court.

☐  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **August 15, 2019**                    Signature  **/s/ Larry A. Kovalak, Sr.**
                                                        **Larry A. Kovalak, Sr.**
                                                        Debtor