Case 19-23074-GLT    Doc 25    Filed 08/28/19    Entered 08/29/19 00:45:19    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
8/26/19 11:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Larry A. Kovalak, Sr., | : | Case No. 19-23074-GLT |
| Debtor. | : | Chapter 13 |
| Larry A. Kovalak, Sr., | : | |
| Movant, | : | Document No.: |
| v. | : | |
| | : | Related to Document No.: 10 |
| American InfoSource LP, Credit One Bank, Capital One, Citizens Bank, N.A., First Premier, KML Law Group, PC, LVNV Funding, LLC, Peoples Natural Gas Co, Plain Green LLC, Quantum3 Group, LLC, S. James Wallace, P.C., SPS Select Portfolio Servicing, T-Mobile, Verizon, Webbank/Fingerhut, | : | Hearing Date and Time: August 28, 2019 at 11:30 a.m. |
| Creditors, and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Respondents. | : | |

## ORDER OF COURT

This matter is before the Court on Debtor's Motion to Extend the Automatic Stay. For the reasons stated in the Motion, or by default, it is hereby ORDERED that the Automatic Stay is extended against all creditors until such time as the case is either closed or dismissed or unless a further order of court provides otherwise.

Dated: August 26, 2019

_____
United States Bankruptcy Judge  jlm

1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-23074-GLT
Larry A Kovalak, SR                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: culy               Page 1 of 2             Date Rcvd: Aug 26, 2019
                               Form ID: pdf900          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2019.
db         +Larry A Kovalak, SR,    1811 Renee Drive,    South Park, PA 15129-9359
15098870   +Citizens Bank, N.A.,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
15098872   +First Premier,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
15098873   +KML Law Group, PC,    Attn: James C. Warmbrodt, Esquire,    701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
15098875   +People's Natural Gas Company,    PO Box 644760,    Pittsburgh, PA 15264-4760
15098879   +S. James Wallace, P.C.,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
15098882   +UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15098868     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2019 03:04:47      American InfoSource LP,
               4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
15098867     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2019 03:04:18      American InfoSource LP,
               PO Box 248838,    Oklahoma City, OK 73124-8838
15098869      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2019 03:04:11      Capital One,
               PO Box 71083,    Charlotte, NC 28272-1083
15104175      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2019 03:04:39
               Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
15098871     +E-mail/PDF: creditonebknotifications@resurgent.com Aug 27 2019 03:05:09      Credit One Bank,
               PO Box 98872,    Las Vegas, NV 89193-8872
15098874     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2019 03:04:17      LVNV Funding, LLC,
               PO Box 10587,    Greenville, SC 29603-0587
15104425      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2019 03:04:18      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15098876     +E-mail/Text: bankruptcypgl@plaingreenloans.com Aug 27 2019 03:03:01      Plain Green LLC,
               93 Mack Road Suite 600,    PO Box 270,    Box Elder, MT 59521-0270
15098877     +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 27 2019 03:02:53      Premier Bankcard, LLC,
               Jefferson Capital Systems LLC Asignee,    PO Box 7999,    Saint Cloud, MN 56302-7999
15098878     +E-mail/Text: bnc-quantum@quantum3group.com Aug 27 2019 03:02:17      Quantum3 Group LLC,
               as agent for CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
15098880     +E-mail/Text: jennifer.chacon@spservicing.com Aug 27 2019 03:03:21
               SPS Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
15098881      E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Aug 27 2019 03:04:31      T-Mobile,
               POBox 742596,    Cincinnati, OH 45274-2596
15098883     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 27 2019 03:01:52
               Verizon,    500 Technology Drive, Suite 300,    Weldon Springs, MO 63304-2225
15098884     +E-mail/Text: bnc-bluestem@quantum3group.com Aug 27 2019 03:03:04      Webbank/Fingerhut,
               6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           U.S. Bank NA, successor trustee to Bank of America
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Larry A Kovalak, SR bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com
              James Warmbrodt    on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA
               ET AL... bkgroup@kmllawgroup.com

```
District/off: 0315-2           User: culy                  Page 2 of 2                  Date Rcvd: Aug 26, 2019
                               Form ID: pdf900             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                                    TOTAL: 4