**Form RSC13**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 19−23074−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Larry A Kovalak SR
   1811 Renee Drive
   South Park, PA 15129

Social Security No.:
   xxx−xx−9150

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale Bayne Road<br>Suite 200<br>Warrendale, PA 15086<br>Telephone number: 724−799−8404 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>October 21, 2019<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>October 21, 2019<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 9/18/19

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-23074-GLT
Larry A Kovalak, SR                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2              Date Rcvd: Sep 18, 2019
                              Form ID: rsc13          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.
db          +Larry A Kovalak, SR,    1811 Renee Drive,    South Park, PA 15129-9359
15098870    +Citizens Bank, N.A.,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
15098872    +First Premier,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
15098873    +KML Law Group, PC,    Attn: James C. Warmbrodt, Esquire,    701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
15098875    +People's Natural Gas Company,    PO Box 644760,    Pittsburgh, PA 15264-4760
15098879    +S. James Wallace, P.C.,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
15098882    +UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2019 03:27:34      Pennsylvania Dept. of Revenue,
             Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
15098868    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2019 03:22:03      American InfoSource LP,
             4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
15098867    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2019 03:38:09      American InfoSource LP,
             PO Box 248838,    Oklahoma City, OK 73124-8838
15098869     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2019 03:19:59      Capital One,
             PO Box 71083,    Charlotte, NC 28272-1083
15104175     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2019 03:19:59
             Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
15098871    +E-mail/PDF: creditonebknotifications@resurgent.com Sep 19 2019 03:20:09      Credit One Bank,
             PO Box 98872,    Las Vegas, NV 89193-8872
15098874    +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:20:16      LVNV Funding, LLC,
             PO Box 10587,    Greenville, SC 29603-0587
15104425     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:20:11      LVNV Funding, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15098876    +E-mail/Text: bankruptcypgl@plaingreenloans.com Sep 19 2019 03:28:49      Plain Green LLC,
             93 Mack Road Suite 600,    PO Box 270,    Box Elder, MT 59521-0270
15098877    +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 19 2019 03:28:30      Premier Bankcard, LLC,
             Jefferson Capital Systems LLC Asignee,    PO Box 7999,    Saint Cloud, MN 56302-7999
15119695    +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 19 2019 03:28:30      Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
15098878    +E-mail/Text: bnc-quantum@quantum3group.com Sep 19 2019 03:27:27      Quantum3 Group LLC,
             as agent for CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
15098880    +E-mail/Text: jennifer.chacon@spservicing.com Sep 19 2019 03:29:30
             SPS Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
15098881     E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Sep 19 2019 03:18:35      T-Mobile,
             POBox 742596,    Cincinnati, OH 45274-2596
15098883    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 19 2019 03:26:46
             Verizon,    500 Technology Drive, Suite 300,    Weldon Springs, MO 63304-2225
15098884    +E-mail/Text: bnc-bluestem@quantum3group.com Sep 19 2019 03:28:56      Webbank/Fingerhut,
             6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank NA, successor trustee to Bank of America
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: culy              Page 2 of 2            Date Rcvd: Sep 18, 2019
                              Form ID: rsc13          Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:

```
              Brian C. Thompson    on behalf of Debtor Larry A Kovalak, SR bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;bwamsley@thompsonattorney.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA
               ET AL... bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```