\*FILING FEE PAID\*    Yes _____    No _____

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Kovalak, SR._____ JAD/TPA/CMB/(GLT)

Case Number: __19-23074__

Date of Meeting: __10/21/19__    Recording # _____

Debtor(s) present ___ or Not Present ✓ ( ___ No Payments Made or ___ partial payments)

Attorney for debtor(s) __Thompson_____ (Present ___ or Not Present ✓ )

Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

2nd miss

No payments posted.

No explanation.

Note: cases filed 2017 & 2018 Also dismissed

___ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
✓ Meeting NOT HELD         ✓ Order to Show Cause Requested
                           ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)\*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ Continued to:

___ 341 Meeting    OR    ___ Conciliation Conf. OR ___ \*Contested Hearing
On _____ at _____ am/pm Location _____

FILED 2019 OCT 23 PM 1:35 U.S. BANKRUPTCY COURT PITTSBURGH