IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
DEC 05 2019
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:

Larry A Kovalak, Sr.

*Debtor(s).*

Case No.:   19-23074-GLT
Chapter:    13

Date:   12/4/2019
Time:   11:00

## PROCEEDING MEMO

**MATTER:**  #30- Show Cause Hearing on Debtor's Failure to:
(i) Attend 2 Meetings of Creditors
(ii) Make Plan Payments
(iii) Establish Good Faith
[Response due: 11-27-19]

**APPEARANCES:**

Debtor:    Brent Lemon
Trustee:   Owen Katz

**NOTES:** (11:13)

Court: This is a show cause hearing, and the debtor was ordered to appear.

Lemon: We have no defense against dismissal. The debtor's health has declined precipitously.

Court: Looking at the facts of the case, there have been no payments to date, is that correct?

Katz: That's correct.

Court: Several of debtor's previous bankruptcies were dismissed for very similar reasons - failure to attend 341 meetings, failure to make payments, and failure to pay the filing fee. It was originally scheduled for 11:00, and it's now 11:18. I will dismiss the case with prejudice.

**OUTCOME:**

1. Show Cause Hearing [Dkt. No. 30] is CONCLUDED. [Text Order to Issue]

2. Debtor's Chapter 13 Case is DISMISSED with prejudice. [Chambers to Issue]

**DATED:** 12/4/2019