**FILED**

**DEC 05 2019**

**CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 19-23074-GLT |
| LARRY A KOVALAK, Sr., | Chapter 13 |
| *Debtor.* | Related to Dkt. No. 30 |

## ORDER DISMISSING BANKRUPTCY CASE *WITH* PREJUDICE

This matter came before the Court on an *Order to Show Cause on Debtor's Failure to (i) Attend 2 Meetings of Creditors; (ii) Make Plan Payments; and (iii) Establish Good Faith*.[1] The Debtor, Larry A. Kovalak, Sr., initially filed the current chapter 13 bankruptcy case on August 2, 2019.[2] Mr. Kovalak received an extension of the automatic stay and missed several meetings of creditors.[3] Accordingly, his bankruptcy case is currently postured for dismissal because he failed to attend the meeting of creditors and has not made any plan payments.

The Court issued its *Order to Show Cause* to determine whether dismissal of the case should be "with" or "without" prejudice.[4] Mr. Kovalak was ordered to appear in person, but did not do so, though his attorney appeared on his behalf. During a hearing on the matter, the chapter 13 trustee supported dismissal of the case with prejudice, indicating that Mr. Kovalak has not made any plan payments. Mr. Kovalak's counsel did not refute these statements.

---

[1] Dkt. No. 30.

[2] Dkt. No. 1.

[3] Dkt. Nos. 24, 26, 29.

[4] Dkt. No. 20.

Upon review of this matter, the Court finds that it must consider Mr. Kovalak's actions within the context of his prior bankruptcy cases. This is his third bankruptcy case, and none of the prior filings successfully resulted in a discharge:

| Case No. | Petition Date | Dismissal Date | Reason for Dismissal |
|---|---|---|---|
| 17-22691-GLT | June 30, 2017 | January 22, 2018 | Failure to attend meeting of creditors |
| 18-23100-GLT | August 02, 2018 | December 18, 2018 | Failure to attend meeting of creditors |

Mr. Kovalak's case history shows a recurring pattern of conduct. In all three cases, Mr. Kovalak did not make a single plan payment or attend a single meeting of creditors.[5] Because it was part of the reason his previous cases were dismissed, and because Mr. Kovalak was represented by experienced bankruptcy counsel, he knew (or should have known) that attending the meeting of creditors and making regular plan payments was necessary for the case to proceed.

After surveying Mr. Kovalak's past forays into bankruptcy, the Court finds that he has shown a chronic lack of compliance and an absence of good faith. Because Mr. Kovalak made no effort to advance his current bankruptcy case by fulfilling his basic obligations as a debtor and considering his recent history, it is apparent this case was commenced in bad faith and without a genuine intent to pursue legitimate bankruptcy relief. The Court cannot tolerate such abuse.

Based on the foregoing and for the reasons stated on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The above-captioned case is **DISMISSED with prejudice.** The Debtor is ineligible to file bankruptcy under any chapter of the Bankruptcy Code for ***180 days*** in this or any

---

[5] In addition, he failed to pay the filing fee in his two prior cases.

other district. The Debtor remains liable for all his debts as if the bankruptcy petition had not been filed. Creditor collection remedies regarding the Debtor is reinstated pursuant to 11 U.S.C. § 349. Creditors are directed to 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect.

2. The Court retains jurisdiction over the chapter 13 trustee's final report and account, and the trustee's certificate of distributed funds. Following submission of a final accounting and certification of distributed funds, the trustee shall be deemed discharged from her duties in this case and the case shall be closed without further Order of Court.

Dated: December 4, 2019

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor
Paula Cialella, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee
Entire Mailing Matrix

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 19-23074-GLT
Larry A Kovalak, SR                                                 Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2            User: culy              Page 1 of 2              Date Rcvd: Dec 06, 2019
                                Form ID: pdf900         Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db             +Larry A Kovalak, SR,    1811 Renee Drive,    South Park, PA 15129-9359
15098870       +Citizens Bank, N.A.,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
15098872       +First Premier,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
15098873       +KML Law Group, PC,    Attn: James C. Warmbrodt, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
15098875       +People's Natural Gas Company,    PO Box 644760,    Pittsburgh, PA 15264-4760
15098879       +S. James Wallace, P.C.,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
15098882       +UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15098868       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 07 2019 02:38:47      American InfoSource LP,
                 4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
15098867       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 07 2019 02:39:28      American InfoSource LP,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
15098869        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2019 02:37:58      Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
15104175        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2019 02:39:12
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
15098871       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 07 2019 02:39:20      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
15098874       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2019 02:38:43      LVNV Funding, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
15104425        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2019 02:38:10      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15098876       +E-mail/Text: bankruptcypgl@plaingreenloans.com Dec 07 2019 02:41:02      Plain Green LLC,
                 93 Mack Road Suite 600,    PO Box 270,    Box Elder, MT 59521-0270
15098877       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 07 2019 02:40:48      Premier Bankcard, LLC,
                 Jefferson Capital Systems LLC Asignee,    PO Box 7999,    Saint Cloud, MN 56302-7999
15119695       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 07 2019 02:40:48      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
15098878       +E-mail/Text: bnc-quantum@quantum3group.com Dec 07 2019 02:40:18      Quantum3 Group LLC,
                 as agent for CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
15098880       +E-mail/Text: jennifer.chacon@spservicing.com Dec 07 2019 02:41:23
                 SPS Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
15098881        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Dec 07 2019 02:37:47      T-Mobile,
                 POBox 742596,    Cincinnati, OH 45274-2596
15138371        E-mail/Text: jennifer.chacon@spservicing.com Dec 07 2019 02:41:23      U.S. Bank NA et. al,,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
15130469        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 07 2019 02:38:47      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
15098883       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 07 2019 02:39:55
                 Verizon,   500 Technology Drive, Suite 300,    Weldon Springs, MO 63304-2225
15098884       +E-mail/Text: bnc-bluestem@quantum3group.com Dec 07 2019 02:41:05      Webbank/Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank NA, successor trustee to Bank of America
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                           Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: culy                  Page 2 of 2                   Date Rcvd: Dec 06, 2019
                               Form ID: pdf900             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Larry A Kovalak, SR bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA
               ET AL... bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```