FILED
1/17/20 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 19-23074-GLT
LARRY A. KOVALAK, SR. : Chapter 13
:
: Related to Dkt. No. 39
Debtor, :

## ORDER

This matter is before the Court upon the *Final Decree Order* [Dkt. No. 39] dated January 17, 2020 which was erroneously entered.

Therefore, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the *Final Decree Order* dated January 17, 2020 at Dkt. No. 39 is **VACATED**.

Dated: 1/17/20

_____
Gregory J. Taddonio    hct
United States Bankruptcy Judge

Case Administrator to mail to:
Mailing matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 19-23074-GLT
Larry A Kovalak, SR                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 2                  Date Rcvd: Jan 17, 2020
                              Form ID: pdf900         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db          +Larry A Kovalak, SR,    1811 Renee Drive,    South Park, PA 15129-9359
15098870    +Citizens Bank, N.A.,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
15098872    +First Premier,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
15098873    +KML Law Group, PC,    Attn:  James C. Warmbrodt, Esquire,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
15098875    +People's Natural Gas Company,    PO Box 644760,    Pittsburgh, PA 15264-4760
15098879    +S. James Wallace, P.C.,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
15098882    +UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15098868     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 18 2020 03:26:36      American InfoSource LP,
              4515 N Santa Fe Avenue,   Oklahoma City, OK 73118-7901
15098867     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 18 2020 03:16:02      American InfoSource LP,
              PO Box 248838,   Oklahoma City, OK 73124-8838
15098869      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 18 2020 03:14:10      Capital One,
              PO Box 71083,   Charlotte, NC 28272-1083
15104175      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 18 2020 03:15:46
              Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
              Charlotte, NC  28272-1083
15098871     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 18 2020 03:14:20      Credit One Bank,
              PO Box 98872,   Las Vegas, NV 89193-8872
15098874     +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 18 2020 03:26:16      LVNV Funding, LLC,
              PO Box 10587,   Greenville, SC 29603-0587
15104425      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 18 2020 03:15:58      LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15098876     +E-mail/Text: bankruptcypgl@plaingreenloans.com Jan 18 2020 03:18:18      Plain Green LLC,
              93 Mack Road Suite 600,    PO Box 270,    Box Elder, MT 59521-0270
15098877     +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 18 2020 03:18:04      Premier Bankcard, LLC,
              Jefferson Capital Systems LLC Asignee,    PO Box 7999,    Saint Cloud, MN 56302-7999
15119695     +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 18 2020 03:18:04      Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
15098878     +E-mail/Text: bnc-quantum@quantum3group.com Jan 18 2020 03:17:34      Quantum3 Group LLC,
              as agent for CF Medical LLC,    PO Box 788,   Kirkland, WA 98083-0788
15098880     +E-mail/Text: jennifer.chacon@spservicing.com Jan 18 2020 03:18:43
              SPS Select Portfolio Servicing,    PO Box 65250,   Salt Lake City, UT 84165-0250
15098881      E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jan 18 2020 03:14:49      T-Mobile,
              POBox 742596,   Cincinnati, OH 45274-2596
15138371      E-mail/Text: jennifer.chacon@spservicing.com Jan 18 2020 03:18:43      U.S. Bank NA et. al,,
              c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
15130469      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 18 2020 03:26:36      Verizon,
              by American InfoSource as agent,    PO Box 4457,   Houston, TX  77210-4457
15098883     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 18 2020 03:16:58
              Verizon,   500 Technology Drive, Suite 300,    Weldon Springs, MO 63304-2225
15098884     +E-mail/Text: bnc-bluestem@quantum3group.com Jan 18 2020 03:18:22      Webbank/Fingerhut,
              6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank NA, successor trustee to Bank of America
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                    Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: aala              Page 2 of 2              Date Rcvd: Jan 17, 2020
                              Form ID: pdf900         Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Larry A Kovalak, SR bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA
               ET AL... bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```